No. 25-1182 September Term, 2025

EPA-90FR27910

Filed On: October 15, 2025 [2140399]

Sierra Club and California Communities
Against Toxics,

      Petitioners

      v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

      Respondents

**O R D E R**

      Upon consideration of the motion for a stay in light of a lapse of appropriations, it is

      **ORDERED** that the motion be granted and this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

      BY:  /s/
            Louis Karl Fisher
            Deputy Clerk